RECEIVED

JUN 16 2018

CHAMBERS OF
JUDGE LEE YEAKEL

June 12, 2018

Thomas Leon Marino
P.O Box 2509
Austin, Texas 78701

To: Judge Lee Yeakei
501 W. 5th Street
Suite 7300
Austin, Texas 78701

I am formally writing my Judge Lee Yeakei a Federal united States Federal Judge in The western district of the United States in Austin texas. I have formally informed the following agencies Intregal Care, and CSA Management of numerous acts of discrimination, non-equality, and actions against me that do not comply with State and Federal policies.

I had them put in writing the false accusations date and sign them in approximatiltly June 27th, 2017. I followed up with my appointed Case worker Samantha Benn (Intregal Care # 512 804-3669) in whom I meet with weekly as part as my case management progress report which include employment, income, medical (physical and psychiatric) and housing. I informed her in writing of the actions, and malicious acts against me and had her sign them that they have been notified that I intend to take legal action in a Federal Civil Court

Or (Legal Action). As I continued to meet with her and we discussed this matter, The they have responded in varies ways and actions. From acknowledgment and Sympathy, willing to correct the wrongs ( but never did ), to telling their clients that if I sue them this will make them homeless ( which has resulted in me being assaulted and at least three death threats), Integral Care has continually had me sign electronically my signature several times and is on going when I report to see My Doctor, case, workers, and ect. They always say it is just for insurance pay ments or updates, and so on. I never receive copies or any evidence of what was signed. So I state too the judge if they they to submit that I have signed off in any way to legal action and a law suit this is fraudulent information and documents.

The claimant has enclosed two written and signed documents from the agencies that stand accused and are guilty. I demand the judge read and review the documents that will verify my creditability. I further request the judge to E-mail me at thomasmarino1972@gmail.com or mail me at the above address (Which is the ARCH?) Austin's men's shelter. Were I have been residing since October 30, 2014. I f the Judge is willing to waive the court fee the claimant Stands ready. With infanite More evidence to present.

Dear Honable Judge,

The United States Citizen of Austin, Texas demands his rights to a trial.
I have exhausted all other efforts, I am awaiting your reponse the plaintiff
Is physically and mentally exhausted and injured. Please do not delay.

Ps: The Claiment is willing upon the judges request to meet and answer any questions or submit any evidence of these charges. At the judges request.
I have also enclosed the official pettion oof law suit I intend to file, but I have delayed shortly waiting your response. Also some medical records that may or may not be of help to your Honor.

Thank You

*Thomas Leon Marino*
Thomas Leon Marino

June 5, 2018
Thomas Leon Marino
5515 woodrow av. 112
Austin, Texas 78756

I Thomas Leon Marino A resident of Austin, Texas. Hereby formally Submit and have paid the court cost Seeking the earliest possible court date. To be preceded by a United States Federal judge in the Western district.

I the plaintiff am seeking Three Million dollars in damages in a United States Civil Court
Against Integral Care and CSA Management. On the following charges listed below.
Note: Integral Care provides dozen of services for the disabled, including medical and housing.
   CSA Management manages Integral Cares properties. The plaintiff completely understands
   The Judge will rule and make judgment on the portions of each agencies liability on the
   Facts of the evidence submitted and testified during the trail.

Unconstitutional acts upon me, including depriving me of services with no merit.
Blatant and on going malicious acts of discrimination, by not treating me with equality.
It is the plaintiff personal belief he has been maliciously discriminated on the bases of certain religious Entities.
Refusing to provide me with equality of services.
Continuous and on going Harassment and ridicule including laughing and mocking me for demanding my rights and must be treated with equality, and flat out stating they do not have too.
Wrongfully made homeless for over three years.
An numerous other malicious and unconstitutional actions I have been submitted to by these agencies, I Will present all evidence, which is their internal documents and other irrefutable evidence of these agencies violation of Texas Civil Rights Commission, and unconstitutional policies and procedures.


Integral Care                CSA Management
1430 Collier St.             8305 Shoal Creek Blvd.
Austin, Texas 78704          Austin, Texas 78757

512 447-4141                 512 453-6566



# CommUnityCare
## HEALTH CENTERS

**ARCH**
500 East 7th Street
Austin, TX 78701-3319
(512)978-9920

## Plan Of Care And Clinical Summary
Thomas Marino
08/23/2017 08:20 AM
Visit Type: Office Visit

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

**Reason(s) For Visit**
MD note.

Language assistance:
No-Checkout

Primary Care Provider: Escamilla MD, David

## Today's Visit

### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Prehypertension (R03.0). |
|   | Impression | - Weight loss, low salt diet, regular exercise (ex. walking) to keep blood pressure from elevating<br>- Return if blood pressure becomes elevated again<br>- Return in November for blood pressure recheck<br>- Continue care with Dr. Bach (psychiatry)<br>- Ramain drug free<br>- Complete stool cards to screen for colon cancer<br>- Flu vaccine recommended when available |
| 2. | Assessment | Screen for colon cancer (Z12.11). |
|   | Plan Orders | The patient is to have FOBT, Hemoccult ICT, Screen (w/o Sx) performed. |
| 3. | Assessment | Substance abuse in remission (F19.10). |
| 4. | Assessment | History of hypertension (Z86.79). |

Marino, Thomas Leon. 000006004378 05/17/1963 08/23/2017 08:20 AM Page: 1/4

**Quest Diagnostics**

Page 2 of 3    08/23/2017   09:08:35 AM    Report Status: Partial - Courtesy Copy

MARINO, THOMAS L

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| MARINO, THOMAS L<br><br>DOB: 05/17/1963   AGE: 54<br>Gender: M<br>Patient ID: 85860 | Specimen: DL406615R<br>Collected: 08/16/2017 / 11:53 CDT<br>Received: 08/18/2017 / 04:47 CDT<br>Faxed: 08/23/2017 / 09:05 CDT | Client #: 61193<br>ESCAMILLA, DAVID |

## medMATCH ™ Drug Monitoring Report

| Test Ordered | Result | Cutoff | medMATCH ™ | Lab |
|---|---|---|---|---|
| PAIN MANAGEMENT PROFILE I W/ CONFIRMATION, URINE | | | *Endnote 1* | IG |
| Amphetamines | Negative | 500 ng/mL | | |
| Barbiturates | Negative | ___ ng/mL | | |
| Benzodiazepines | Negative | 100 ng/mL | | |
| Marijuana Metabolite | Negative | 20 ng/mL | | |
| Cocaine Metabolite | Negative | 150 ng/mL | | |
| Methadone Metabolite | Negative | 100 ng/mL | | |
| Opiates | Negative | 100 ng/mL | | |
| Oxycodone | Negative | 100 ng/mL | | |
| Phencyclidine | Negative | 25 ng/mL | | |

| Specimen Validity Testing | Test Ordered | Result | Reference Range |
|---|---|---|---|
| | Creatinine | 118.1 | > or = 20.0 mg/dL |
| | pH | 6.3 | 4.5-9.0 |
| | Oxidant | Negative | <200 mcg/mL |

| Test Ordered | Result | Cutoff | medMATCH ™ | Lab |
|---|---|---|---|---|
| PAIN MGMT, FENTANYL, QN,W/medMATCH,U | | | *Endnote 1* | AP |
| Fentanyl | Negative | 0.5 ng/mL | | |
| Norfentanyl | Negative | 0.5 ng/mL | | |
| PAIN MGMT, MEPERIDINE, QN,W/medMATCH,U | | | *Endnote 1* | AP |
| Meperidine | Negative | 100 ng/mL | | |
| Normeperidine | Negative | 100 ng/mL | | |

Endnote 1

```
This drug testing is for medical treatment only.
Analysis was performed as non-forensic testing and
these results should be used only by healthcare
providers to render diagnosis or treatment, or to
monitor progress of medical conditions.

medMATCH comments are:
 - present when drug test results may be the result of
   metabolism of one or more drugs or when results are
   inconsistent with prescribed medication(s) listed.
 - may be blank when drug results are consistent with
   prescribed medication(s) listed.

For assistance with interpreting these drug results,
please contact a Quest Diagnostics Toxicology
```

| PATIENT NAME | PATIENT MR # | HOME PHONE | DOB | SEX | REQ. PROVIDER |
|---|---|---|---|---|---|
| Thomas Leon Marino | 000006004378 | (512) 573-7599 | 05/17/1963 | M | Hunt, Matthew |

This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.

medMATCH comments are:
- present when drug test results may be the result of metabolism of one or more drugs or when results are inconsistent with prescribed medication(s) listed.
- may be blank when drug results are consistent with prescribed medication(s) listed.

For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.

## PAIN MGMT, TRAMADOL, QN,W/medMATCH,U

| | | | |
|---|---|---|---|
| Desmethyltramadol | NEGATIVE | ng/mL | <100 |
| medMATCH Desmethyltram | CONSISTENT | | |
| Tramadol | NEGATIVE | ng/mL | <100 |
| medMATCH Tramadol | CONSISTENT | | |
| COMMENT | SEE COMMENT | | |

This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.

medMATCH comments are:
- present when drug test results may be the result of metabolism of one or more drugs or when results are inconsistent with prescribed medication(s) listed.
- may be blank when drug results are consistent with prescribed medication(s) listed.

For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.

## PH, URINE, ATLAS

| | | |
|---|---|---|
| PH | 6.0 (N) | 5.0-8.0 |

The preferred specimen for urinalysis is urine preserved using a Stockwell Brand Urine Preservative Tube (yellow top, blue band) that may be obtained from your Quest Diagnostics supplier.
Please review results with caution. Urinalysis testing on unpreserved urine may produce alteration of chemical constituents and deterioration of formed elements.

| PATIENT NAME | PATIENT MR # | HOME PHONE | DOB | SEX | REQ. PROVIDER |
|---|---|---|---|---|---|
| Thomas Leon Marino | 000006004378 | (512) 573-7599 | 05/17/1963 | M | Hunt, Matthew |

This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.

medMATCH comments are:
- present when drug test results may be the result of metabolism of one or more drugs or when results are inconsistent with prescribed medication(s) listed.
- may be blank when drug results are consistent with prescribed medication(s) listed.

For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.

## PAIN MGMT, FENTANYL, QN,W/medMATCH,U

| | | | |
|---|---|---|---|
| Fentanyl | NEGATIVE | ng/mL | <0.5 |
| medMATCH Fentanyl | CONSISTENT | | |
| Norfentanyl | NEGATIVE | ng/mL | <0.5 |
| medMATCH Norfentanyl | CONSISTENT | | |
| COMMENT | SEE COMMENT | | |

This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.

medMATCH comments are:
- present when drug test results may be the result of metabolism of one or more drugs or when results are inconsistent with prescribed medication(s) listed.
- may be blank when drug results are consistent with prescribed medication(s) listed.

For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.

## PAIN MGMT, MEPERIDINE, QN,W/medMATCH,U

| | | | |
|---|---|---|---|
| Meperidine | NEGATIVE | ng/mL | <100 |
| medMATCH Meperidine | CONSISTENT | | |
| Normeperidine | NEGATIVE | ng/mL | <100 |
| medMATCH Normeperidine | CONSISTENT | | |
| COMMENT | SEE COMMENT | | |

| PATIENT NAME | PATIENT MR # | HOME PHONE | DOB | SEX | REQ. PROVIDER |
|---|---|---|---|---|---|
| Thomas Leon Marino | 000006004378 | (512) 573-7599 | 05/17/1963 | M | Hunt, Matthew |

**Order Number:** NGP3677584  **Collection Date:** 1/12/2018  **Received Date:** 1/13/2018

### CREATININE, RANDOM URINE

| CREATININE, RANDOM URI | 166 (N) | | mg/dL | 20-370 |
|---|---|---|---|---|

### PAIN MANAGEMENT PROFILE CONFIRMATION, URINE

| Creatinine | 161.2 (N) | | mg/dL | > or = 20.0 |
|---|---|---|---|---|
| pH | 5.8 (N) | | | 4.5-9.0 |
| Oxidant | NEGATIVE (N) | | mcg/mL | <200 |
| Amphetamines | NEGATIVE CONFIRMED (N) | | ng/mL | <500 |
| Amphetamine | NEGATIVE (N) | | ng/mL | <250 |
| medMATCH Amphetamine | CONSISTENT (N) | | | |
| Methamphetamine | NEGATIVE (N) | | ng/mL | <250 |
| medMATCH Methamphetami | CONSISTENT | | | |
| Barbiturates | NEGATIVE (N) | | ng/mL | <300 |
| medMATCH Barbiturates | CONSISTENT (N) | | | |
| Benzodiazepines | NEGATIVE (N) | | ng/mL | <100 |
| medMATCH Benzodiazepine | CONSISTENT (N) | | | |
| Marijuana Metabolite | NEGATIVE (N) | | ng/mL | <20 |
| medMATCH Marijuana Metal | CONSISTENT (N) | | | |
| Cocaine Metabolite | NEGATIVE (N) | | ng/mL | <150 |
| medMATCH Cocaine Metab | CONSISTENT (N) | | | |
| Methadone Metabolite | NEGATIVE (N) | | ng/mL | <100 |
| medMATCH Methadone Meta | CONSISTENT (N) | | | |
| Opiates | NEGATIVE (N) | | ng/mL | <100 |
| medMATCH Opiates | CONSISTENT (N) | | | |
| Oxycodone | NEGATIVE (N) | | ng/mL | <100 |
| medMATCH Oxycodone | CONSISTENT (N) | | | |
| Phencyclidine | NEGATIVE (N) | | ng/mL | <25 |
| medMATCH Phencyclidine | CONSISTENT (N) | | | |
| COMMENT | SEE COMMENT | | | |

| PATIENT NAME | PATIENT MR # | HOME PHONE | DOB | SEX | REQ. PROVIDER |
|---|---|---|---|---|---|
| Thomas Leon Marino | 000006004378 | (512) 573-7599 | 05/17/1963 | M | Hunt, Matthew |

Order Number: NGP3677583   Collection Date: 1/12/2018   Received Date: 1/13/2018

## CHLAMYDIA/N. GONORRHOEAE RNA, TMA

| | | | |
|---|---|---|---|
| CHLAMYDIA TRACHOMATIS | NOT DETECTED (N) | | NOT DETECTED |
| NEISSERIA GONORRHOEA | NOT DETECTED (N) | | NOT DETECTED |
| COMMENT | SEE COMMENT | | |

This test was performed using the APTIMA COMBO 2 Assay (Gen-Probe Inc.).

The analytical performance characteristics of this assay, when used to test SurePath specimens have been determined by Quest Diagnostics.

## REFLEXIVE URINE CULTURE

| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED |
|---|---|

## URINALYSIS, COMPLETE W/REFLEX TO CULTURE

| | | | | |
|---|---|---|---|---|
| COLOR | YELLOW (N) | | | YELLOW |
| APPEARANCE | CLEAR (N) | | | CLEAR |
| SPECIFIC GRAVITY | 1.023 (N) | | | 1.001-1.035 |
| PH | 6.0 (N) | | | 5.0-8.0 |
| GLUCOSE | NEGATIVE (N) | | | NEGATIVE |
| BILIRUBIN | NEGATIVE (N) | | | NEGATIVE |
| KETONES | NEGATIVE (N) | | | NEGATIVE |
| OCCULT BLOOD | NEGATIVE (N) | | | NEGATIVE |
| PROTEIN | NEGATIVE (N) | | | NEGATIVE |
| NITRITE | NEGATIVE (N) | | | NEGATIVE |
| LEUKOCYTE ESTERASE | NEGATIVE (N) | | | NEGATIVE |
| WBC | NONE SEEN (N) | | /HPF | < OR = 5 |
| RBC | 0-2 (N) | | /HPF | < OR = 2 |
| SQUAMOUS EPITHELIAL C | NONE SEEN (N) | | /HPF | < OR = 5 |
| BACTERIA | NONE SEEN (N) | | /HPF | NONE SEEN |
| HYALINE CAST | NONE SEEN (N) | | /LPF | NONE SEEN |

| PATIENT NAME | PATIENT MR # | HOME PHONE | DOB | SEX | REQ. PROVIDER |
|---|---|---|---|---|---|
| Thomas Leon Marino | 000006004378 | (512) 573-7599 | 05/17/1963 | M | Hunt, Matthew |

HIV-1 antigen and HIV-1/HIV-2 antibodies were not detected. There is no laboratory evidence of HIV infection.

PLEASE NOTE: This information has been disclosed to you from records whose confidentiality may be protected by state law. If your state requires such protection, then the state law prohibits you from making any further disclosure of the information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

For additional information please refer to http://education.questdiagnostics.com/faq/FAQ106 (This link is being provided for informational/ educational purposes only.)

The performance of this assay has not been clinically validated in patients less than 2 years old.

## LIPID PANEL

| Test | Result | Units | Reference |
|---|---|---|---|
| TRIGLYCERIDES | 90 (N) | mg/dL | <150 |
| NON HDL CHOLESTEROL | 133 (H) | mg/dL (ca | <130 |

For patients with diabetes plus 1 major ASCVD risk factor, treating to a non-HDL-C goal of <100 mg/dL (LDL-C of <70 mg/dL) is considered a therapeutic option.

| Test | Result | Units | Reference |
|---|---|---|---|
| CHOLESTEROL, TOTAL | 197 (N) | mg/dL | <200 |
| HDL CHOLESTEROL | 64 (N) | mg/dL | >40 |
| LDL-CHOLESTEROL | 114 (H) | mg/dL (ca | |

Reference range: <100

Desirable range <100 mg/dL for patients with CHD or diabetes and <70 mg/dL for diabetic patients with known heart disease.

LDL-C is now calculated using the Martin-Hopkins calculation, which is a validated novel method providing better accuracy than the Friedewald equation in the estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068 (http://education.QuestDiagnostics.com/faq/FAQ164)

| CHOL/HDLC RATIO | 3.1 (N) | (calc) | <5.0 |
|---|---|---|---|

## RPR (DX) W/REFL TITER AND CONFIRMATORY TESTING

| RPR (DX) W/REFL TITER AI | NON-REACTIVE (N) | | NON-REACTIVE |
|---|---|---|---|

## TSH

| PATIENT NAME | PATIENT MR # | HOME PHONE | DOB | SEX | REQ. PROVIDER |
|---|---|---|---|---|---|
| Thomas Leon Marino | 000006004378 | (512) 573-7599 | 05/17/1963 | M | Hunt, Matthew |

| Test | Result | Units | Reference |
|---|---|---|---|
| eGFR NON-AFR. AMERICAN | 96 (N) | mL/min/1. | > OR = 60 |
| eGFR AFRICAN AMERICAN | 112 (N) | mL/min/1. | > OR = 60 |
| BUN/CREATININE RATIO | NOT APPLICABLE | (calc) | 6-22 |
| SODIUM | 142 (N) | mmol/L | 135-146 |
| POTASSIUM | 4.3 (N) | mmol/L | 3.5-5.3 |
| CHLORIDE | 106 (N) | mmol/L | 98-110 |
| CARBON DIOXIDE | 26 (N) | mmol/L | 20-31 |
| CALCIUM | 9.4 (N) | mg/dL | 8.6-10.3 |
| PROTEIN, TOTAL | 6.8 (N) | g/dL | 6.1-8.1 |
| ALBUMIN | 4.5 (N) | g/dL | 3.6-5.1 |
| GLOBULIN | 2.3 (N) | g/dL (calc) | 1.9-3.7 |
| ALBUMIN/GLOBULIN RATIO | 2.0 (N) | (calc) | 1.0-2.5 |
| BILIRUBIN, TOTAL | 0.8 (N) | mg/dL | 0.2-1.2 |
| ALKALINE PHOSPHATASE | 76 (N) | U/L | 40-115 |
| AST | 13 (N) | U/L | 10-35 |
| ALT | 14 (N) | U/L | 9-46 |

**HEPATITIS B SURFACE ANTIGEN W/REFL CONFIRM**

| HEPATITIS B SURFACE ANT | NON-REACTIVE (N) | | NON-REACTIVE |
|---|---|---|---|

**HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR**

| HEPATITIS C ANTIBODY | NON-REACTIVE (N) | | NON-REACTIVE |
|---|---|---|---|
| SIGNAL TO CUT-OFF | 0.01 (N) | | <1.00 |

**HIV 1/2 ANTIGEN/ANTIBODY FOURTH GENERATION W/RFL**

| HIV AG/AB, 4TH GEN | NON-REACTIVE (N) | | NON-REACTIVE |
|---|---|---|---|

| PATIENT NAME | PATIENT MR # | HOME PHONE | DOB | SEX | REQ. PROVIDER |
|---|---|---|---|---|---|
| Thomas Leon Marino | 000006004378 | (512) 573-7599 | 05/17/1963 | M | Hunt, Matthew |

**Order Number:** NGP3677582   **Collection Date:** 1/12/2018   **Received Date:** 1/13/2018

## CBC (INCLUDES DIFF/PLT)

| Test | Result | Units | Reference |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | 8.6 (N) | Thousand | 3.8-10.8 |
| RED BLOOD CELL COUNT | 5.45 (N) | Million/uL | 4.20-5.80 |
| HEMOGLOBIN | 16.2 (N) | g/dl | 13.2-17.1 |
| HEMATOCRIT | 47.8 (N) | % | 38.5-50.0 |
| MCV | 87.7 (N) | fL | 80.0-100.0 |
| MCH | 29.7 (N) | pg | 27.0-33.0 |
| MCHC | 33.9 (N) | g/dL | 32.0-36.0 |
| RDW | 12.9 (N) | % | 11.0-15.0 |
| PLATELET COUNT | 262 (N) | Thousand | 140-400 |
| MPV | 10.2 (N) | fL | 7.5-12.5 |
| ABSOLUTE NEUTROPHILS | 5710 (N) | cells/uL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 1772 (N) | cells/uL | 850-3900 |
| ABSOLUTE MONOCYTES | 516 (N) | cells/uL | 200-950 |
| ABSOLUTE EOSINOPHILS | 516 (H) | cells/uL | 15-500 |
| ABSOLUTE BASOPHILS | 86 (N) | cells/uL | 0-200 |
| NEUTROPHILS | 66.4 (N) | % | |
| LYMPHOCYTES | 20.6 (N) | % | |
| MONOCYTES | 6.0 (N) | % | |
| EOSINOPHILS | 6.0 (N) | % | |
| BASOPHILS | 1.0 (N) | % | |

## COMPREHENSIVE METABOLIC PANEL

| Test | Result | Units | Reference |
|---|---|---|---|
| GLUCOSE | 87 (N) | mg/dL | 65-99 |

Fasting reference interval

| Test | Result | Units | Reference |
|---|---|---|---|
| UREA NITROGEN (BUN) | 12 (N) | mg/dL | 7-25 |
| CREATININE | 0.90 (N) | mg/dL | 0.70-1.33 |

For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American.

Houston, Texas 7875-
La Poloma

I Thomas MARINO have witnessed constant violations at La Poloma for years. I know of seven apartemts of 18 that have unauthorized tennants. Property management and ATCIC are aware of this and condone it. Property management, maintance, and ATCIC case workers are aware of this. I have and my case worker morgan myer have acknowleged this. I have numerous times reported this to ATCIC workers. I have always complied with ATCIC and CSH management, up to even leaving the permisis I occupied with a walk threw and turning in my keys, with approval of Property management. These offenders do not and they cater to them. I am formally given notice, that I charging them of not treating me with equality. Futher more that I have been mis lead by them, deprived of proper housing services. Discriminated against and treated maliously. Some of these unauthorized tennants have been there for five years

[margin left: recieved this on 9/28/17 Samantha Dunn, LMSW]

[margin: Thomas Marino]

06/16/2017

'Integral Care'

5225 N. Lamar

Austin, TX 78751

To Thomas Marino:

Mr. Marino has been frequenting 'True North' groups as part of his recovery services at 'Integral Care'. Due to recent reports from staff indicating belief that Mr. Marino is under the influence of substance use on campus, coupled with behaviors noticed by the group facilitators, we are asking Mr. Marino to suspend group attendance until further instruction from supervisors. Mr. Marino has stated that he is not under the influence of substance use and that he has been attempting to get a drug test completed by our agency for several months, to no avail.

Signed,

*[signature]*

Brian Carlson

QMHP – Group Facilitator

'Integral Care'