August 4, 2018

TO: Jeanette Clack
Judge Yeikel
Judge Austin

FILED
SEP -5 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Case # A-18-CV-565

I Thomas Marino, at this time is requesting all correspondes with the courts to be sent to me via E-mail
thomasmarino1972@gmail.com
and mail if you wish at
823 Congress #150
Austin, TX 78701

Always E-mail until trial date, in which I will appear in court.

RECEIVED
SEP 0 5 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Thank you

Thom Marino

Person's of interest

Rand Boyd
Passadena, or Deer Park
TX.

Last known living with
Veronica Russell. I think
spent a week with them
in October 2015. Veronica
a widower of retired
military veteran.
Completely in the dark
of any of Randy's
activities. The whole
week I was there
she seemed scared to
death of Randy,
who order's her around
like his maid.

Jeff Levlene

Intregal Care client 2011 - 2016, one of his case workers Meagan. This is a dangerous man. with all knowledge of computer science, and a ex-nurse practioner. He use's all his knowledge to post young ladies on prostitution sites such as ECCI. one of his clients Jessica Ann Perry (From Tennesse) AKA Taylor of Austin. And instructing people how to get high on pharmacudicals, and elict Drugs. Jessica would inform me of all those things

several months later after we became friends after she ~~od~~ over dosed at my apartment visiting some one she knew. We did not know each other and had no repore at that time. When I informed her Jeff was tracking her on he Email, Facebook, and ECCI, insisting they would make lot's of money, it freaked her out, and she changed her pass codes.
~~Jeff~~ Jeff's last known # 512 578-6565

one more for now

AKA: Beth   # 281-658-8281
   Thank you

August 4, 2018

The plaintiff was born in 1963 Houston, TX. In 1996 I moved to Crockett, TX and worked at a then being constructed Taco Bell. In 1998 I moved to Austin in hopes of being employed in the Austin tech community. Became employed at Stak-Tek Corp thrcu Volt Temp. In 1999 became a Stak-Tek employee until the company layed of my shift, second shift. Feburary 2002. Before leaving StakTek I reached out to them for help, that I had relapsed with substance use, after approximatly six years a non-user. Started my treatment with my General Practioner

Rom Mansolo mhc Cedar Park, TX. After Star-tek laid off discontinued with no insurance. Also would be evicted from Martha Vinyard Apt. Austin, TX off San Felipe. I would be a substance user for the next 3 years and homeless living out off motels til I ran out of money and was told to go to the Salvation Army. Got clean imediatly, but would only be able to obtain meanial job's until deemed disable in January 2014.
In May 1, 2002 Austin, Tx. I was arrested by APD on a drug charge. I was released in 24hrs on a PR Bond.

Then retained Brystol Myers Austin, TX as a legal advocate. On May 13, 2002 the charges were dropped when AAD informed the Attorney General I would not be charged a crime. I would find out year's later on my criminal back ground I was a second degree felon. Even though I never saw a judge, prosecuters, or had a pre-trial. To make matter's worse I realize now the alledged evidence was planted on me when an indidual charged my car and threw it in there. Only to look in my rear view mirror to see a squad

car behind me touching my bumper. The officer had to witness this. To make matters worse my attorney never pointed out to me that the evidence was planted on me. At this time I am enclosing all attorney's that have represented me.

I think Robert Robertson probate attorney that did my will. Williams County Hwy 183. Worth.

Marry Ellen Phelps
disability

Bristol Myer's
criminal Attorney

Father more John Hemphill worked out of Velocity credit Union, handled my brokage out, that transfered from South TRUst Houston, Tx

Nothing transpired the way my father said it was going to when I left Houston, in march 2001. For example when I got to Houston in November 2001 to learn my father deceased. The safe deposit Box had already been open. Margeret Fassy handling my father's account and had life long from First City, and other Financial Institute

would not give me copies of accounts and amounts, and source of money. Except for a two or three thousand dollar insurance policy from his Electrical Union, and a 53,000 insurance from unknown source. To conclude for now, I am completly convinced my short comings from 2001 to current were by design all which stem from Houston, and Perhaps my father's unknown Louisiana Associates,

Please ADVISE

Thomas Marino

# PRIORITY MAIL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

TLM
823 Congress #150
Austin, TX 78701

U.S. POSTAGE
PM 1-DAY
$7.00
78701 0005
Date of sale
09/01/18
06 2S00
08259610
SSK
A0808090 1145642

PRIORITY MAIL 1-DAY®

EXPECTED DELIVERY 09/04/2018

0005

SHIP TO:
United States
Federal Court House
501 W 5TH ST STE 7300
AUSTIN TX 78701-3814

USPS TRACKING NUMBER

9505 5000 2064 8244 0000 22



UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved